IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES INC. f/k/a HORIZON TECHNOLOGIES, INC, <br><br>Plaintiff, <br><br>-vs- <br><br>AMAZON.COM, INC. <br><br>Defendant | ) ) ) ) ) ) The Honorable ) John Z. Lee ) ) No. 1:13-cv-05570 ) ) ) |

**VOLTSTAR'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's Minute Entry (DE 38) granting leave to re-file, Plaintiff Voltart hereby refiles (1) its Cross-Motion for Summary Judgment, (2) its Combined Memorandum in Opposition to Amazon's Motion for Summary Judgment and in Support of Voltstar's Cross-Motion for Summary Judgment, (3) its Combined Local Rule 56.1 Statement in opposition to Amazon's Statement and in support of the cross-motion, (4) a Declaration and (5) Supporting Exhibits.

Voltstar Technologies, Inc. hereby cross-moves, pursuant to Federal Rule of Civil Procedures 56, for summary judgment that Amazon.com, Inc., infringes Plaintiff's U.S. Design Patent No. D587,192.

February 28, 2014                              Respectfully submitted,

                                                        /s/ Jerold I. Schneider
Jerold I. Schneider
Jerold.schneider@sriplaw.com
SCHNEIDER ROTHMAN
INTELLECTUAL PROPERTY
LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4350

and

Keith A. Vogt
kvogt@takiguchiandvogt.com
TAKIGUCHI & VOGT
1415 W. 22nd Street, Tower Floor
Oak Brook, IL 60523
(773) 340-9469

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February 2014, I served a copy of the foregoing on all parties on the attached service list via ECF..


/s/ Jerold I. Schneider
Jerold I. Schneider


## SERVICE LIST

Kristopher R. Kiel
kkiel@jenner.com
Bradford P. Lyerla
blyerla@jenner.com
Nicole C. Berg
nberg@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
*Attorneys for Defendant*